Todd S. Cushner, Esq.  
Cushner & Associates, P.C.  
*Attorneys for the Debtor*  
399 Knollwood Road, Suite 205  
(914) 600-5502 / (914) 600-5544  
todd@cushnerlegal.com

**HEARING DATE: NOVEMBER 28, 2018**
**HEARING TIME: 10:00 A.M.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

IN RE:                                    CHAPTER 13

    MARY ANN COLLINS,            CASE NO. 17-23700 (RDD)

        DEBTOR

----------------------------------------------------------X

**NOTICE OF MOTION AND AFFIRMATION WITH POINTS OF LAW IN SUPPORT OF MOTION VOIDING LIEN PURSUANT TO 11 U.S.C. §§ 506(a), 506(d) AND OBJECTION TO CLAIM PURSUANT TO 11 U.S.C. § 502(a)(1) AND <u>FEDERAL RULES OF BANKRUPTCY PROCEDURE 3007 AND 3012</u>**

**PLEASE TAKE NOTICE THAT** upon the debtor, Mary Ann Collins (the "<u>Debtor</u>") Notice of Motion and Affirmation with Points of Law in Support of Motion Voiding Lien Pursuant to 11 U.S.C. §§ 506(a) and 506(d) and Objection to Claim Pursuant to 11 U.S.C. § 502(a)(1), (the "<u>Motion</u>") of Todd S. Cushner, Esq. dated, October 17, 2018, by her attorneys, Cushner & Associates, P.C., the undersigned will move the this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the U.S. Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on **November 28, 2018 at 10:00 a.m.** for an Order: (1) Valuing the third mortgage lien against the Debtor's real property located at 97 Amherst Drive, Yonkers, New York 10710 at ZERO, declaring said third mortgage lien void and disallowing said lien; (2) Reclassifying Claim No. 2, held by Citizens Bank, N.A. in the amount of $196,452.93 as a general unsecured claim; and (3) for such other and further relief that this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, are to be served on the undersigned and filed at least seven (7) days before the hearing date. The objection and proof of service shall be filed and a courtesy copy shall be provided to chambers.

Dated: White Plains, New York
October 17, 2018

Respectfully submitted,

By: */s/ Todd S. Cushner*
Todd S. Cushner, Esq.
Cushner & Associates, P.C.
*Attorneys for Debtor*
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 600-5502 / (914) 600-5544
todd@cushnerlegal.com